UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:07-358-KKC

RAYMOND WRIGHT,                                                                    PETITIONER,
v.                                        **OPINION AND ORDER**

COMMISSIONER,
Department of Corrections,                                                          RESPONDENT.

\* \* \* \* \* \* \* \*

This matter is before the Court on the Respondent's Motion to Dismiss (Rec. No. 5) and the Magistrate Judge's Recommended Disposition (Rec. No. 9) of the same.

The Respondent moves to dismiss as untimely the Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. In his Recommended Disposition, the Magistrate Judge recommends that the Motion to Dismiss be granted. The Petitioner did not file objections to the Magistrate Judge's recommendation as provided in the Recommended Disposition and 28 U.S.C. § 636(b)(1). This Court has reviewed the Recommended Disposition and, finding it to be sound, hereby ORDERS that:

(1)   The Magistrate Judge's Recommended Disposition (Rec. No. 9) is hereby ADOPTED as the opinion of the Court;

(2)   The Motion to Dismiss (Rec. No. 5) is hereby GRANTED;

(3)   A Certificate of Appealability shall not be issued in this matter; and

(4)   This matter is STRICKEN from the active docket of this Court.

Dated this 10th day of June, 2008.



**Signed By:**

*Karen K. Caldwell*  KKC

**United States District Judge**